UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD BRIGGS,

Plaintiff,

v.

THON C. WILLBURN,

Defendant.

Case No. 25-cv-04018-EMC

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On May 8, 2025, Plaintiff Ronald Briggs filed an unsigned *pro se* prisoner complaint under 42 U.S.C. § 1983. On the same day the action was filed the Court sent a notification to Plaintiff informing him that he needed to submit a signed complaint and that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* (IFP) application. ECF Nos. 2, 3. The Clerk of the Court sent Plaintiff a blank IFP application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. ECF No. 3. More than twenty-eight days have passed and Plaintiff has not filed a signed complaint, paid the filing fee, returned the *in forma pauperis* application or otherwise communicated with the Court. The matter is therefore **DISMISSED WITHOUT PREJUDICE**. Any motion to reopen this matter must be accompanied by a signed complaint and the filing fee or an IFP application.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 1, 2025

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California